# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARK CHRISTOPHER ARNOLD,

    Plaintiff,

v.                                            No. CV 21-776 KWR/CG

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

## ORDER TO CURE DEFICIENCIES

This matter comes before the Court on Mr. Arnold's Civil Complaint, (Doc. 1). He seeks damages based on, inter alia, treason and fraud. The filing is deficient because Mr. Arnold failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2). Mr. Arnold must cure this deficiency by no later than **September 20, 2021**. By the same deadline, Mr. Arnold must also update his address to include his inmate number. All filings must include the case number (21-cv-0776 KWR-CG). The failure to timely comply with both directives in this Order will result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that by no later than **September 20, 2021**, Mr. Arnold must pay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between **February 18, 2021, and August 18, 2021**.

**IT IS FURTHER ORDERED** that by no later than **September 20, 2021**, Mr. Arnold shall update his address to include his inmate number.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail Mr. Arnold a blank

*in forma pauperis* motion.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE