IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK CHRISTOPHER ARNOLD,

    Plaintiff,

v.                                                                                                 No. 1:21-cv-00776-KWR-CG

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court following Plaintiff Mark Christopher Arnold's failure to prosecute his *pro se* Civil Complaint (Doc. 1). Pursuant to 28 U.S.C. § 1915(a)(2), the Court directed Plaintiff prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis*. *See* Doc. 3. Plaintiff was also directed to provide his inmate number, which jails typically require for mailings. The Order warned that the failure to timely comply may result in dismissal of this case without further notice. The deadline for Plaintiff to address the filing fee and update his mailing information was September 20, 2021. Plaintiff failed to comply or respond, and the Order was returned as undeliverable. *See* Doc. 5. Accordingly, the Court will dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *See Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

**IT IS ORDERED** that Plaintiff Mark Christopher Arnold's Civil Complaint (**Doc. 1**) is **DISMISSED WITHOUT PREJUDICE**; and the Court will enter a judgment closing the civil case.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**